IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. FOOTE,

    Petitioner,             No. 2:08-cv-1029-LKK-JFM (PC)

    vs.

MIKE KNOWLES, et al.,

    Respondents.         <u>ORDER</u>

                               /

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus filed May 12, 2008. On May 23, 2008, petitioner filed a document entitled "Motion in Support of Proper Course of Action Pursuant to 28 U.S.C. § 2254; Expungement of an Erroneous - Exaggerated; Aggravated; Controversial; Recurring Disciplinary Record." Petitioner appended a copy of <u>Drake v. Felker</u>, 2007 WL 4404432 (E.D. Cal. 2007), which petitioner argues supports his motion, as well as a copy of documents he obtained from his central file.

        On May 28, 2008, the undersigned directed respondents to file their answer.

        In habeas cases, the Federal Rules contemplate the filing of a petition, an answer, and a traverse. <u>See</u> Rules 2 & 5, Rules Governing Section 2254 Cases. Because the underlying petition seeks expungement of the disciplinary discussed in his motion, the content of petitioner's

1

1  May 23, 2008 motion is more appropriately raised in his traverse, which is due thirty days after
2  respondents file their answer.  Petitioner need not file a separate motion; the question of
3  expungement of the prison disciplinary has been placed at issue by the filing of the petition.
4  Petitioner may file his supporting points and authorities and evidence in his traverse.
5  Accordingly, the court will deny petitioner's May 23, 2008 motion as premature.
6          In accordance with the above, IT IS HEREBY ORDERED that petitioner's May
7  23, 2008 motion for expungement is denied without prejudice.
8  DATED:  June 4, 2008.

UNITED STATES MAGISTRATE JUDGE

/001;foot1029.mot