IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. FOOTE,

    Petitioner,           No. 2:08-cv-1029 LKK JFM (HC)

    vs.

MIKE KNOWLES, et al.,

    Respondents.      <u>ORDER</u>

                                 /

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 18, 2008, petitioner filed a document styled "Motion in Support of Petitioner's Initiated Summary Judgment for Relief," signed and served on July 15, 2008. It appears petitioner contends respondents' answer was untimely filed.

        However, on July 14, 2008, respondents filed their answer. Pursuant to the court's May 28, 2008 order, the answer was due 45 days later, or July 12, 2008. Because July 12, 2008 fell on a Saturday, the answer was due on July 14, 2008. Fed. R. Civ. P. 6(a)(3). Thus, the answer was timely filed and petitioner's motion will be denied.

/////

/////

1

1     IT IS HEREBY ORDERED that petitioner's July 18, 2008 motion is denied.

2 DATED: September 11, 2008.

/s/ [signature]
UNITED STATES MAGISTRATE JUDGE

/001;foot1029.def