1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL D. FOOTE,

11                Petitioner,              No. 2:08-cv-1029-LKK-JFM (PC)

12        vs.

13   MIKE KNOWLES, et al.,

14                Respondents.            ORDER

15   _____/

16            Petitioner is a state prisoner proceeding pro se and in forma pauperis with a

17   petition for writ of habeas corpus filed May 12, 2008.  On November 19, 2009, petitioner filed a

18   motion to expand the record, wherein petitioner seeks to file the transcript of a parole hearing

19   held on November 5, 2009 so as to show that the disciplinary violation that he is contesting in

20   this matter was again considered by the parole board, although petitioner represents parole was

21   granted.

22   /////

23   /////

24   /////

25   /////

26   /////

1

1           In light of petitioner's representation, IT IS HEREBY ORDERED that petitioner

2    shall update the court as to the status of his parole no later than April 15, 2010.

3    DATED: March 29, 2010.

4

5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11    014;foot1029.mot

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26